IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF SOUTH CAROLINA

**State Of Georgia (Savannah Chatham County Officials)**
**V.**
**JOHN HARVEY JR.(Tribally Known as Atali Yuchii)**
**YUCHII KUSSO MVSKOKI TRIBE**

9:25-cv-13860-BHH-MGB

## NOTICE OF REMOVAL
## 28 USC 1455

Case# SPCR22-01495-J2
**Due to the lack of subject matter jurisdiction of the state court,**
**JOHN HARVEY JR. (Tribally known as) Atali Yuchii,"non -US national" is an American Indian of the Yuchii Kusso Mvskoki Tribe/State located in the republic of South Carolina on Tribal Trust Property and is not Subjected to State Jurisdiction or Color of Law but is Subjected to common law/ federal.**

**Federal Question:** Do the State of Georgia has Jurisdiction or agreement/treaty with the Yuchii Kusso Mvskoki Tribe or Tribal members?

**DAMAGES/VIOLATIONS by Savannah Chatham County Officials**

- **18 USC 242 - Deprivation of rights under color of law**
- **18 USC 241 - Conspiracy against rights**
- **25 USC 194 Trial of right of property**
- **18 U.S. Code § 2265 - Full faith and credit given to protection orders**
- **25 CFR 11.448 - Abuse of office**

OFFICIAL

Sui Juris "AUTHORIZED SIGNATURE" _Atali Yuchii_
Tribal Council Chief _Hacha Kusso_
Region of _South East Woodlands_

Date: 12/08/2025

