IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| **JOHN HARVEY JR.**<br>(A.K.A)Atali Yuchii,<br>(Yuchii Kusso Mvskoki Tribe)<br><br>    **Plaintiff,**<br>**V.**<br><br>**State Of Georgia,**<br>**(Savannah Chatham County Officials)**<br><br>    **Defendants** | )<br>)<br>)<br>)<br>)<br>)<br>)    Case # (s)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## Compulsory Counterclaim

Case# SPCR22-01495-J2
**Rule 8 -GENERAL RULES OF PLEADING**
**Rule 9 -FEDERAL RULES**

Plaintiff as defendant in this Counter claim, Savannah Chatham County
Officials brought this discrimination and retaliation against Yuchii Kusso Mvskoki
Tribe and the tribes enrolled tribal member/s as Indian Indigenous Aborigine
people of America. Savannah Chatham County Officials/ Savannah
Police deprived the Yuchii Kusso Mvskoki Tribe and tribal member/s John Harvey
JR., tribally known as Atali Yuchii of his/their rights which is protected by
the constitution common law. Savannah Police Department acted in their official
capacity as a City/County Officer and <u>acted under color of law</u> when the
department deprived the Tribe and John Harvey Jr. known as AtaliYuchii of his/
their rights. The Yuchii Kusso Mvskoki Tribe and tribal member Atali Yuchii
has never signed an actual contract of an agreement with any Department/s of
State of Georgia or any of the local County/s, City, Town or Province thereof. The
YUCHII KUSSO MVSKOKI TRIBE has exclusive jurisdiction over all
tribal members including Atali Yuchii, ***Worcester v. Ga.***, 31 U.S. 515
**(1832).** Therefore constables of Savannah Chatham County Officials, State
of Georgia do not have an agreement/ Jurisdiction with the tribe or its tribal
members to act or assume Jurisdiction, agreement or any type of Jurisdiction over
the tribe or its tribal member. Savannah Chatham County Officials acted under
color of law and to act as though the tribe made an agreement with the Savannah

Chatham County Officials. This is considered Fraud/ Forgery/ Rights Deprive. We are pursueing Fraud, Forgery violations claims and we are pursuing a Matter of Subject-Matter Jurisdiction. To continue the case, we must consider the tribes protections, immunity, & most importantly jurisdiction rights of Tribal Governments (self-Determination). The subject-matter jurisdiction must be proven before case is determined. The Constables of Savannah Chatham County Officials assumed Jurisdiction over Indian Tribe/s, Tribal property and its People, that was an assumption of risk, 25 USC 1322- Assumption by state. This court case decision would be unlawful without the inclusion of Yuchii Kusso Mvskoki Tribal Jurisdiction/Tribal Trust/98-6113224 being examined throughly. The Yuchii Kusso Mvskoki tribal rights are based on Jurisdiction, immunity, & rights to self-governed (25 U.S.C. 458aa et seq.). An amendment of Tribal Jurisdiction Notice was filed before this Compulsory Counterclaim in the Savannah Chatham County court and will be used as proof of tribal Jurisdiction and <u>NOT</u> state of Georgia Jurisdiction. The violations violates the Yuchii Kusso M~~vskoki~~ Tribe's authority Department/ DEPARTMENT OF TRIBAL AUTHORITIES 25 U.S.C 3631

## <u>Violations</u>

- **18 USC 242 - Deprivation of rights under color of law**
- **18 USC 241 - Conspiracy against rights**
- **25 USC 194 Trial of right of property**
- **18 U.S. Code § 2265 - Full faith and credit given to protection orders**
- **25 CFR 11.448 - Abuse of office**

## <u>Tribal Demands For Relief</u>

For the damages of pain and suffering due to the incident of violations <u>under color of law</u> and violations on behalf of searching tribal property of a tribal members property. As Constable for The State Of Georgia, Chatham County Police Department/Local, was acting out of their Jurisdiction when the department decided to arrest Yuchii Kusso Mvskoki tribal member, profile and harass the tribal member and tribal property which is out of the Chatham County jurisdiction. We demand a relief of $3000,000.00. for the violations of tribal civil rights processed <u>under the color of law</u>. The tribe is seeking the constables surety bond for the damages in relief of $3000,000.00 in order to relieve the tribe and its tribal member/s and council of these injuries for the damages to the Tribes sovereignty rights. Violations under color of law, the violation of Jurisdiction which the Savannah Police Department neglected and violated the law as a federal offense under color of law. We demand a relief in total of $3000,000.00 due to the tribes sovereign immunity rights of tribal protection orders.

## Injuries

- American Indian civil rights violated/Trust responsibilities of the United States officials
- 18 U.S. Code § 2265 - Full faith and credit given to protection orders
- Emotional Distress
- Tribal property Rights Violated
- Human Rights Violation
- Mailing threatening communications
- Blackmail protection racket
- Conspiracy against rights
- Emotional distress
- Violation of Oath of Office
- Public Law 93-638
- Abuse of Office/Armed Abuse of Office
- Deprivation of Rights

**TRIBAL ATTORNEY Or Sui juris** "AUTHORIZED SIGNATURE" _Atay Yullii_  **OFFICIAL**

**Tribal Council Chief** _Bacha Russo_

**Region of** _South East Woodlands_

**Date:** 12 / 08 / 2025

| | | |
|---|---|---|
| **OFFICE**<br>2693 Levy Road<br>Hardeeville, SC 29927<br>1 (800) 680-3090 |  | Tribal Constitution<br>Executive Branch<br>Legislative Branch<br>Public Law 93-638 |

THE COUNCIL
OF
ISRAEL UNITED NATIONS

# YUCHII KUSSO MVSKOKI
## American Indian Law

This Notice Is Authorized By Yuchii Kusso Mvskoki Tribal Counsel.

Sincerely,

**Executive Branch**

*Hacha Dena Kusso*
**Hacha Kusso**

*Dijon yuchii*
**Dijon Yuchii**

*Hania Kusso*
**Hania Kusso**

*Baspo Chito Hikia Tasalusa*
**Baspo Chito Hikia Tasalusa**

**Legislative Branch**

*A-n-li Yuchii*
**Anli Yuchii**

*Keturah M. Wataree*
**Keturah Mvskoki Wataree**

*Yasharal Yahaw*
**Yasharal Yahaw**

*Yazhini K. Yuchii*
**Yazhini K. Yuchii**

 contact@ykmtribalservices.com          www.ykmtribalservices.org

# Case Information

## State of Georgia vs John Harvey

SPCR22-01495-J2

| Location | Case Category | Case Type | Case Filed Date | Judge | Case Status |
|---|---|---|---|---|---|
| Chatham County - Superior Court | Criminal | Other Felony Division | 10/2/2024 | 2 J | Open |

## Charges [3]

### Charge

| Sequence | Offense Date | Charge | Statute Number | Degree | Offense Code | Citation Number | Most Recent Event |
|---|---|---|---|---|---|---|---|
| 1 | 5/6/2022 | Impersonating an Officer | 16-10-23 | Felony | 7 | SPCR22-01495-J2 | Case Filing |

#### Plea

| Plea | Plea Date | Plea Judge | Jury Trial Demand | Speedy Trial Demand |
|---|---|---|---|---|
| - | - | - | - | - |

#### Disposition

| Disposition | Disposition Date | Disposition Judge |
|---|---|---|
| - | - | - |

#### Sentence

| Sentence | Sentence Date | Sentence Judge | Confinement | Probation | Fee Totals | Condition |
|---|---|---|---|---|---|---|
| - | - | - | - | - | - | - |

### Charge

| Sequence | Offense Date | Charge | Statute Number | Degree | Offense Code | Citation Number | Most Recent Event |
|---|---|---|---|---|---|---|---|
| 2 | 5/6/2022 | Conspiracy to Commit Theft by Taking | 16-4-8 | Felony | 195 | SPCR22-01495-J2 | Case Filing |

#### Plea

| Plea | Plea Date | Plea Judge | Jury Trial Demand | Speedy Trial Demand |
|---|---|---|---|---|
| - | - | - | - | - |

#### Disposition

| Disposition | Disposition Date | Disposition Judge |
|---|---|---|
| - | - | - |

#### Sentence

| Sentence | Sentence Date | Sentence Judge | Confinement | Probation | Fee Totals | Condition |
|---|---|---|---|---|---|---|
| - | - | - | - | - | - | - |

### Charge

| Sequence | Offense Date | Charge | Statute Number | Degree | Offense Code | Citation Number | Most Recent Event |
|---|---|---|---|---|---|---|---|
| 3 | 5/6/2022 | False Identification Document | 16-9-4 | Felony | 545 | SPCR22-01495-J2 | Case Filing |

## Events 26

| Date | Event | Index # | Type | Comments | Documents |
|---|---|---|---|---|---|
| 5/10/2022 | Filing | | Received Bond | | Received Bond.pdf |
| 5/11/2022 | Filing | | First Appearance | | First Appearance.pdf |
| 5/11/2022 | Filing | | Order - Bond Order | | Order - Bond Order.pdf |
| 5/11/2022 | Filing | | Entry of Appearance | S. Amusan | Entry of Appearance.pdf |
| 5/12/2022 | Filing | | Bound Up to Superior Court | | Bound Up to Superior Court.pdf |
| 5/23/2022 | Filing | | Superior Court Judicial Assignment Request | Recorder's Court | No Documents ⓘ |
| 6/9/2022 | Filing | | Notice | of Tribal Attorney & Counsel | Notice -.pdf |
| 10/2/2024 | Filing | | Indictment | | Indictment.pdf |
| 10/29/2024 | Filing | | Notice - Of Filing | Judicial Notice of Tribal Enrollment Tribal Jurisdiction Demanded | Notice - Of Filing.pdf |
| 11/25/2024 | Hearing | | Calendar Call/Arraignment | - | - |
| 1/30/2025 | Hearing | | Motion Hearing/Arraignment | - | - |
| 1/30/2025 | Filing | | Affidavit | Of Truth Unrebutted | Affidavit.pdf |
| 3/5/2025 | Filing | | Notice - Of Substitution Of Counsel | Megyn Weigand, ADA | Notice - Of Substitution Of Counsel.pdf |
| 3/12/2025 | Hearing | | Faretta Hearing/Arraignment | - | - |
| 3/12/2025 | Filing | | Amended Affidavit of Garnishment | | Arraigned.pdf |
| 3/12/2025 | Filing | | Notice | Of Interest - Pro Se | Notice -.pdf |
| 3/21/2025 | Filing | | Order - Pretrial Scheduling | | Order - Pretrial Scheduling.pdf |
| 5/15/2025 | Filing | | Transcript - Filed | 1.30.25.Faretta.Sr. Judge M. Karpf presiding | Transcript Filed.MKA.1.30.25.Faretta Hrg.CAT.pdf |
| 5/15/2025 | Filing | | Transcript - Filed | 3.12.25.Faretta.Judge Walmsley presiding | Transcript Filed.WA.3.12.25.Faretta HRG.CAT.pdf |
| 5/23/2025 | Filing | | Returned Notice Card | No Longer At this Address | Returned Notice Card.pdf |
| 5/23/2025 | Filing | | Returned Notice Card | No longer Live Here Please Update Name | Returned Notice Card.pdf |
| 7/11/2025 | Hearing | | Trial Docket Call | - | - |
| 7/11/2025 | Hearing | | Trial Docket Call/Arraignment | - | - |
| 10/13/2025 | Filing | | Returned Notice Card | | Returned Notice Card.pdf |
| 11/26/2025 | Hearing | | Pretrial Conference | - | - |
| 2/2/2026 | Hearing | | Jury Trial | - | - |

## Plea

| Plea | Plea Date | Plea Judge | Jury Trial Demand | Speedy Trial Demand |
|---|---|---|---|---|
| - | - | - | - | - |

## Disposition

| Disposition | Disposition Date | Disposition Judge |
|---|---|---|
| - | - | - |

## Sentence

| Sentence | Sentence Date | Sentence Judge | Confinement | Probation | Fee Totals | Condition |
|---|---|---|---|---|---|---|
| - | - | - | - | - | - | - |

## Parties [3]

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Plaintiff | State of Georgia | | Weigand, Megyn Ann, ~~Justus, Gabriel Adam~~ |
| Defendant | Harvey, John | | Pro Se |
| Bonding Company | Payless Bail Bonds, L.L.C. | | |

## Hearings [7]

| Date/Time | Hearing Type | Judge | Location | Result |
|---|---|---|---|---|
| 11/25/2024 09:30 AM | Calendar Call/Arraignment | Walmsley, Timothy | Courtroom 4A (Coleman Courthouse) | |
| 1/30/2025 02:00 PM | Motion Hearing/Arraignment | Walmsley, Timothy | Courtroom 4A (Coleman Courthouse) | |
| 3/12/2025 02:00 PM | Faretta Hearing/Arraignment | Walmsley, Timothy | Courtroom 4A (Coleman Courthouse) | |
| 7/11/2025 02:00 PM | Trial Docket Call | Walmsley, Timothy | Courtroom 4D (Gadsden Courthouse) | |
| 7/11/2025 02:00 PM | Trial Docket Call/Arraignment | Walmsley, Timothy | Courtroom 4D (Gadsden Courthouse) | *Canceled - Scheduled in Error* |
| 11/26/2025 10:00 AM | Pretrial Conference | Walmsley, Timothy | Courtroom 4D (Gadsden Courthouse) | |
| 2/2/2026 09:30 AM | Jury Trial | Walmsley, Timothy | Courtroom 4D (Gadsden Courthouse) | |